UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

HARM MEINTS,

    Plaintiff,

    v.

JOSEPH LEHMAN *et al.*,

    Defendants.

Case No. C05-5033RJB

ORDER

    This Civil Rights action has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). On May 27th, 2005 the court entered an Order to Show Cause because it did not appear the action had been served. (Dkt. # 6). In fact, the defendant had appeared and waived service. (Dkt. # 5). The court on its own motion strikes the Order to Show Cause.

    The Clerk is directed to send a copy of this Order to plaintiff's counsel and counsel for the defendant.

    DATED this 11th day of July, 2005.

                                                 */S/ J. Kelley Arnold*
                                                 J. Kelley Arnold
                                                 United States Magistrate Judge

ORDER