1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

9
10
11

HARM MEINTS,

Plaintiff,

Case No.  C05-5033RBL

12
13

v.

14

JOSEPH LEHMAN,

ORDER ADOPTING
REPORT AND
RECOMMENDATION

Defendant.

15
16
17

The Court, having reviewed, the Report and Recommendation of Magistrate Judge J. Kelley

18
Arnold, objections to the Report and Recommendation, if any, and the remaining record, does hereby

19
find and ORDER:

20
(1)     The Court adopts the Report and Recommendation;

21
(2)     This action is time barred.

22
(3)     The action is **DISMISSED WITH PREJUDICE.**

23
(4)     The Clerk is directed to send copies of this Order to counsel for plaintiff, counsel
defendants, and to the Hon. J. Kelley Arnold.

24
25

DATED this 29th day of August, 2005.

26
27

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

28

ORDER
Page - 1